IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| ROBERTA KARNOFSKY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 2:14-cv-949-PMD |
| ) | |
| MASSACHUSETTS MUTUAL ) | |
| INSURANCE COMPANY, ) | **VERDICT FORM** |
| ) | |
| Defendant. ) | |
| ) | |

WE, the jury, unanimously answer (please print) the following questions regarding this case:

1. Do you find by a preponderance of the evidence that the Plaintiff, Roberta Karnofsky, was entitled to receive disability benefits from Mass Mutual for the period of September 10, 2010, to July 11, 2011?

    Yes _____    No __X__

2. Do you find by a preponderance of the evidence that Mass Mutual acted in bad faith in the processing and handling of Roberta Karnofsky's claims for disability payments?

    Yes _____    No __X__

3. If the answer to Number 2 is YES, then answer questions 4 & 5. If the answer to Number 2 is NO, then go to Number 6.

4. If the answer to Number 2 is YES, then do you find by a preponderance of evidence that Mass Mutual caused the Plaintiff, Roberta Karnofsky, to suffer emotional distress?

    Yes _____    No _____

If yes, what amount of emotional distress damages did the Plaintiff, Roberta Karnofsky, prove by a preponderance of the evidence to be entitled to receive?

$_____(numbers)

$_____(words)

5. If the answer to Number 2 is YES, would you like to consider evidence of punitive damages?

   Yes _____   No _____

6. Based upon the above findings:

   A. We the jury find for the Plaintiff, Roberta Karnofsky, against Mass Mutual

   $ **0.00** (numbers)

   $ **Zero dollars ( 00/100 cents) (zero cents)** (words)

   total actual damages.

This the **4** day of November, 2016

   B. We the jury find for the Defendant, Mass Mutual, in this case.

This the **4** day of November, 2016